```
LUTHER R. LEWIS (SBN 109346)
JOSEPH F. KLATT (SBN 258110)
JOHNSON SCHACHTER & LEWIS
A Professional Law Corporation
2180 Harvard Street, Suite 560
Sacramento, CA 95815
luther@jsl-law.com
Telephone: (916) 921-5800
Facsimile: (916) 921-0247

Attorneys for Plaintiff
JACKSON NATIONAL LIFE INSURANCE COMPANY
```

**RECEIVED APR 1 1 2013 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND**

UNITED STATES DISTRICT COURT JSC

NORTHERN DISTRICT OF CALIFORNIA

C13-1648

| JACKSON NATIONAL LIFE INSURANCE COMPANY, | CASE NO. |
|---|---|
| Plaintiff, | [PROPOSED] ORDER ALLOWING PLAINTIFF TO INTERPLEAD FUNDS INTO COURT |
| v. | (28 USC § 1335)<br>General Order No. 31, Order Regarding Deposit and Investment of Registry Funds |
| MONIKA M. FIMPEL; THEODORE AARONS; QUETA AARONS | |
| Defendants. | |

1. Plaintiff JACKSON NATIONAL LIFE INSURANCE COMPANY (Plaintiff) has filed, or is filing with the submittal of this Proposed Order, a Complaint in Interpleader under 28 USC § 1335.

2. Under General Order No. 31, Order Regarding Deposit and Investment of Registry Funds, entered by this Court on or about May 19, 2011, Plaintiff must first obtain a "court order signed by the presiding judge in the case or proceeding" allowing Plaintiff to interplead into Court the money in issue.

///

JOHNSON SCHACHTER & LEWIS
A PROFESSIONAL LAW CORPORATION
2180 HARVARD STREET, SUITE 560
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247

3. The amount at issue in this action is the amount of the life insurance policy benefits, as more specifically described in Plaintiff's Complaint in Interpleader, in the amout of $500,000.00.

4. Plaintiff is ready and willing to deposit into Court the amount in issue, in the form of a check payable to "United States District Court of California," or payable otherwise as the Court may direct.

5. Therefore, Plaintiff requests that this Order be executed and entered by the Court so that the money in issue may be deposited into Court.

### ORDER OF THE COURT

Plaintiff JACKSON NATIONAL LIFE INSURANCE COMPANY (Plaintiff) may deposit with this Court, pursuant to General Order No. 31, Order Regarding Deposit and Investment of Registry Funds, the amount in issue in this action, $500,000.00, by a check payable to "United States District Court of California," or payable otherwise as the Court may direct.

IT IS SO ORDERED.

_4-17-13_  
Date

_Jacqueline S Corley_  
Judge, United States District Court

[PROPOSED] ORDER ALLOWING PLAINTIFF TO INTERPLEAD FUNDS INTO COURT