**United States District Court**
For the Northern District of California

1
2
3
4
5                        IN THE UNITED STATES DISTRICT COURT

6                     FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    JACKSON NATIONAL LIFE INSURANCE              No.  CV 13-01648 JSC
     COMPANY,
9                                                **ORDER**
              Plaintiff,
10
         v.
11
     MONIKA M. FIMPEL,
12
              Defendant.
13    _____/

14

15   GOOD CAUSE APPEARING THEREFOR,

16          IT IS ORDERED that this case is reassigned to the **Honorable Edward M. Chen** in the **San**

17   **Francisco division** for all further proceedings. Counsel are instructed that all future filings shall

18   bear the **initials EMC** immediately after the case number. All hearing dates presently scheduled are

19   vacated and motions should be renoticed for hearing before the judge to whom the case has been

20   reassigned. Briefing schedules remain unchanged. *See* Civil L.R. 7-7(d). Matters for which a

21   magistrate judge has already issued a report and recommendation shall not be rebriefed or noticed

22   for hearing before the newly assigned judge; such matters shall proceed in accordance with Fed. R.

23   Civ. P. 72(b).

24
25                                               FOR THE EXECUTIVE COMMITTEE:
26
     Dated:  June 3, 2013
27                                               Richard W. Wieking
     rev 4-12                                    Clerk of Court
28