KEVIN P. McCARTHY, BAR NO. 144227
SHERYL A. TRAUM, BAR NO. 139328
McCARTHY & McCARTHY, LLP
The Arlington Building
492 Ninth Street, Suite 220
Oakland, California 94607
Telephone: (510) 839-8100
Facsimile: (510) 839-8108
straum@mccarthyllp.com

Attorneys for Defendant
THEODORE AARONS AND QUETA AARONS

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL DIVISION**

| | |
|---|---|
| JACKSON NATIONAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br>v.<br><br>MONIKA M. FIMPEL; THEODORE AARONS; QUETA AARONS<br><br>Defendants. | **Case No.: 3:13-CV-01648 EMC**<br><br>**Complaint Filed: April 11, 2013**<br><br>**STIPULATION RE REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERERNCE; [PROPOSED] ORDER RE CONTINUANCE OF CASE MANAGEMENT CONFERENCE**<br><br>**Current CMC Date: August 8, 2013**<br>**Current CMC Time: 9:00 a.m.**<br>**Location: Courtroom 5, 17th Floor,**<br>450 Golden Gate Ave., San Francisco, CA<br>**Judicial Officer: Hon. District Judge Edward M. Chen** |

**STIPULATION RE REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**

All parties to this matter, including Plaintiff JACKSON NATIONAL LIFE INSURANCE and Defendants THEODORE AARONS, QUETA AARONS and MONIKA

McCarthy & McCarthy, LLP
The Arlington Building
492 Ninth Street, Suite 220
Oakland, CA 94607
Tel: (510) 839-8100
Fax: (510) 839-8108

FIMPEL have agreed to pursue private mediation in an effort to avoid expenditure of resources on formal litigation, which could be better allocated to resolving the claims in this matter.

All parties have agreed to retain Hon. Judge William Cahill (Ret.) of JAMS to serve as a mediator in this matter for mediation to be held on August 5, 2013.

This matter is currently set for a Case Management Conference with the Honorable District Judge Edward M. Chen on August 8, 2013. Pursuant to Judge Chen's Case Management Order dated June 4, 2013, the Case Management Conference process requires the parties to expend significant "meet and confer" efforts, as well as effort preparing a *Joint* Case Management Conference Statement, which is required, under Judge Chen's current Case Management Order, to be filed no later than August 1, 2013.

All parties wish to avoid expenditure of resources on formal litigation processes in this case if the matter can be resolved at mediation. Therefore, the parties wish to continue the deadline for the *Joint* Case Management Conference Statement, Initial Disclosures and Responsive Pleadings.

All parties also stipulate that the time for filing Defendants' responsive pleadings will be extended to August 12, 2013 in order that the parties may have an opportunity to avoid filing responsive pleadings by resolving the case at the August 5, 2013 mediation.

As a result of the foregoing, the parties stipulate and agree that there is good cause to continue the Case Management Conference currently set for August 8, 2013 at 9:00 a.m. with District Judge Chen, and therefore, jointly enter into this Stipulation to respectfully request that Judge Chen continue the Case Management Conference. The Parties further stipulate and agree that, if Judge Chen is amenable to the requested proposed continuance of the Case Management Conference, the optimal date for the continued Case Management Conference would be on September 12, 2013 or September 26, 2013, in order for all counsel to appropriately prepare for the Case Management Conference *if the case does not resolve at mediation.* If the requested dates are not available for Judge Chen, the parties respectfully request that the Case Management Conference not be set on September 19, 2013 due to

McCarthy & McCarthy, LLP
The Arlington Building
492 Ninth Street, Suite 220
Oakland, CA 94607
Tel: (510) 839-8100
Fax: (510) 839-8108

unavailability of counsel on that date. Therefore, if the requested dates are not available, the parties stipulate and request that an October date would be agreeable.

SO STIPULATED.

Dated: July 19, 2013

McCARTHY & McCARTHY, LLP

SHERYL A. TRAUM
Attorney for Defendants
THEODORE AARONS and
QUETA AARONS

Dated: July __, 2013

CRIST, BIORN, SHEPHERD & ROSKOPH

KRISTOFER W. BIORN
Attorney for Defendant
MONIKA FIMPEL

Dated: July __, 2013

JOHNSON, SCHACHTER & LEWIS

LUTHER R. LEWIS
JOSEPH F. KLATT
Attorney for Plaintiff
JACKSON NATIONAL LIFE INSURANCE

McCarthy & McCarthy, LLP
The Arlington Building
492 Ninth Street, Suite 220
Oakland, CA 94607
Tel: (510) 839-8100
Fax: (510) 839-8108

Case3:13-cv-01648-EMC Document25 Filed07/24/13 Page4 of 7

request that the Case Management Conference not be set on September 19, 2013 due to unavailability of counsel on that date. Therefore, if the requested dates are not available, the parties stipulate and request that an October date would be agreeable.

SO STIPULATED.

Dated: July 19, 2013

McCARTHY & McCARTHY, LLP

SHERYL A. TRAUM
Attorney for Defendants
THEODORE AARONS and
QUETA AARONS

Dated: July 23, 2013

CRIST, BIORN, SHEPHERD & ROSKOPH

KRISTOFER W. BIORN
Attorney for Defendant
MONICA FIMPEL

Dated: July __, 2013

JOHNSON, SCHACHTER & LEWIS

LUTHER R. LEWIS
JOSEPH F. KLATT
Attorney for Plaintiff
JACKSON NATIONAL LIFE INSURANCE

McCarthy & McCarthy, LLP
The Arlington Building
492 Ninth Street, Suite 220
Oakland, CA 94607
Tel: (510) 839-8100
Fax: (510) 839-8108

- 3 -

STIPULATION RE REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERERNCE; [PROPOSED] ORDER RE CONTINUANCE OF CASE MANAGEMENT CONFERENCE

Case3:13-cv-01648-EMC Document25 Filed07/24/13 Page5 of 7

unavailability of counsel on that date. Therefore, if the requested dates are not available, the parties stipulate and request that an October date would be agreeable.

SO STIPULATED.

Dated: July 19, 2013

McCARTHY & McCARTHY, LLP

/s/ Sheryl A. Traum, Esq.
SHERYL A. TRAUM
Attorney for Defendants
THEODORE AARONS and
QUETA AARONS

Dated: July __, 2013

CRIST, BIORN, SHEPHERD & ROSKOPH

/s/Kristofer Biorn, Esq.
KRISTOFER W. BIORN
Attorney for Defendant
MONICA FIMPEL

Dated: July 23 2013

JOHNSON, SCHACHTER & LEWIS

/s/ Luther R. Lewis, Esq.
LUTHER R. LEWIS
JOSEPH F. KLATT
Attorney for Plaintiff
JACKSON NATIONAL LIFE INSURANCE

McCarthy & McCarthy, LLP
The Arlington Building
492 Ninth Street, Suite 220
Oakland, CA 94607
Tel: (510) 839-8100
Fax: (510) 839-8108

- 3 -

STIPULATION RE REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERERNCE; [PROPOSED] ORDER RE CONTINUANCE OF CASE MANAGEMENT CONFERENCE

**[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

Upon considering the above STIPULATION RE REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE submitted by the parties, and upon finding that there is good cause for the requested continuance, the Court hereby continues the Case Management Conference for this matter to: September 26, 2013 at 9:00 a.m.

If the matter does not resolve at the August 5, 2013 Mediation, Counsel shall file the required *Joint* Case Management Conference Statement no later than: September 19, 2013.

If the matter does resolve at the August 5, 2013 Mediation, Counsel shall promptly notify the Court of the settlement prior to the date when the Case Management Conference Statement is due.

SO ORDERED.

Dated: July 24, 2013

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED AS MODIFIED

Judge Edward M. Chen

**Hon. Edward M. Chen**
**United States District Judge**

McCarthy & McCarthy, LLP
The Arlington Building
492 Ninth Street, Suite 220
Oakland, CA 94607
Tel: (510) 839-8100
Fax: (510) 839-8108

**PROOF OF SERVICE**
***Jackson National Life Insurance Company v. Monika M. Fimpel, et al.***
***USDC Case No.:* 3:13-CV-01648 EMC**

**STATE OF CALIFORNIA, CITY AND COUNTY OF ALAMEDA**

I DECLARE THAT: I am employed in the County of Alameda, California. I am over the age of eighteen years and not a party to the within entitled cause; my business address is 492 Ninth Street, Suite 220, Oakland, California 94607.

On **July 23, 2013,** I served a true copy of the attached:

**STIPULATION RE REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERERNCE; [PROPOSED] ORDER RE CONTINUANCE OF CASE MANAGEMENT CONFERENCE**

on the involved parties in said cause, in the manner indicated as follows:

**[X]** **BY (CM/ECF) Electronic Case File System** with the United States District Court, Northern District of California, to all parties listed on the Court's proof of electronic service.

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed at Oakland, California, on **July 23, 2013.**

Bonnie L. Williams

McCarthy & McCarthy, LLP
The Arlington Building
492 Ninth Street, Suite 220
Oakland, CA 94607
Tel: (510) 839-8100
Fax: (510) 839-8108