UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Jackson National Life Insurance,
    Plaintiff,

v.

Monika Fimpel, et al,
    Defendants.
_____/

CASE NO. C13-1648 EMC

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
☐    Non-binding Arbitration (ADR L.R. 4)
☐    Early Neutral Evaluation (ENE)   (ADR L.R. 5)
☐    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
X    Private ADR *(please identify process and provider)*

**The parties and their counsel have agreed to participate in mediation with Judge William Cahill (Ret.) of JAMS in San Francisco. The mediation is scheduled to occur on August 5, 2013.**

The parties agree to hold the ADR session by:
☐    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

X    other requested deadline :

**Counsel and all parties have agreed to participate in mediation on August 5, 2013. If for some reason the case does not resolve at the first session of mediation, the parties request an additional 45 days to complete the mediation.**

Dated: 7/23/13

_____
Attorney for Plaintiff,
Jackson National Life Insurance

Dated:_____              _____

Dated: 7/23/13

_____
Attorney for Defendant,
Monika Fimpel

Dated: _____

_____
Attorney for Defendants,
Theodor and Queta Aarons

## [PROPOSED] ORDER

- ☒ The parties' stipulation is adopted and IT IS SO ORDERED.
- ☐ The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated: 7/24/13

_____
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Edward M. Chen

Dated:_____

_____
Attorney for Defendant,
Monika Fimpel

Dated: \_\_7/23/13\_\_

_____
Attorney for Defendants,
Theodor and Queta Aarons

CONTINUE TO FOLLOWING PAGE

**[PROPOSED] ORDER**

☐ The parties' stipulation is adopted and IT IS SO ORDERED.
☐ The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated: _____       _____

UNITED STATES DISTRICT COURT JUDGE

# PROOF OF SERVICE

*Jackson National Life Insurance v. Monika Fimpel, et al.*
*United States District Court (Northern District) Case No.: 3:13-CV-01648 EMC*

STATE OF CALIFORNIA, CITY AND COUNTY OF ALAMEDA

I DECLARE THAT: I am employed in the County of Alameda, California. I am over the age of eighteen years and not a party to the within entitled cause; my business address is 492 Ninth Street, Suite 220, Oakland, California 94607.

On **July 23, 2013,** I served a true copy of the attached:

**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**

on the involved parties in said cause, in the manner indicated as follows:

[X] **BY (CM/ECF) Electronic Case File System** with the United States District Court, Northern District of California, to all parties listed on the Court's proof of electronic service.

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed at Oakland, California, on **July 23, 2013**.

*Bonnie L. Williams*

McCarthy & McCarthy, LLP
The Arlington Building
492 Ninth Street, Suite 220
Oakland, CA 94607
Tel: (510) 839-8100
Fax: (510) 839-8108

• 1 •
PROOF OF SERVICE